**Order entered October 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01166-CV

### GREGORY SCOTT CUNNINGHAM, Appellant

### V.

### BOBBY ANGLIN, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-02454-B**

## ORDER

We **GRANT** appellant's October 9, 2013 motion for an extension of time to file a notice of appeal. The notice of appeal filed by appellant on August 22, 2013 is deemed timely for jurisdictional purposes.

/s/    DAVID LEWIS
       JUSTICE